**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **FRINJ Coffee, Incorporated.** |
| 2. | All other names debtor used in the last 8 years <br> Include any assumed names, trade names and *doing business as* names | DBA  Frinj Coffee Inc. |
| 3. | Debtor's federal Employer Identification Number (EIN) | 82-1858413 |
| 4. | Debtor's address | **Principal place of business** <br><br> **1362 Farren Road** <br> **Goleta, CA 93117** <br> Number, Street, City, State & ZIP Code <br><br> **Santa Barbara** <br> County | **Mailing address, if different from principal place of business** <br><br> _____ <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **www.frinjcoffee.com** |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor  **FRINJ Coffee, Incorporated.**  Case number (*if known*) _____
       Name

**7. Describe debtor's business**  A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply:*

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor    **FRINJ Coffee, Incorporated.**    Case number (*if known*) _____
           Name

List all cases. If more than 1,    Debtor _____    Relationship _____
attach a separate list            District _____    Case number, if known _____
                                 When _____

**11. Why is the case filed in this district?**    *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

Where is the property? _____
Number, Street, City, State & ZIP Code

Is the property insured?
☐ No
☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**    *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49           ☐ 1,000-5,000         ☐ 25,001-50,000
☐ 50-99          ☐ 5001-10,000         ☐ 50,001-100,000
☐ 100-199        ☐ 10,001-25,000       ☐ More than 100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000              ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
☑ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000              ☑ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

Debtor  **FRINJ Coffee, Incorporated.** _____   Case number (*if known*) _____
    Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor    FRINJ Coffee, Incorporated.                                              Case number (if known)
         Name

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

    The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

    I have been authorized to file this petition on behalf of the debtor.

    I have examined the information in this petition and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on    01 / 16 / 2024
                   MM / DD / YYYY

    X  /s/ John A. Ruskey III                              John A. Ruskey III
       Signature of authorized representative of debtor     Printed name

    Title    Chief Executive Officer

18. **Signature of attorney**

    X  _____                       Date
       Signature of attorney for debtor                     MM / DD / YYYY

    Michael Jay Berger
    Printed name

    Law Offices of Michael Jay Berger
    Firm name

    9454 Wilshire Boulevard, 6th floor
    Beverly Hills, CA 90212
    Number, Street, City, State & ZIP Code

    Contact phone    (310) 271-6223         Email address    michael.berger@bankruptcypower.com

    100291 CA
    Bar number and State

Debtor **FRINJ Coffee, Incorporated.**                              Case number (if known)
Name

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

X _____                John A. Ruskey III
Signature of authorized representative of debtor    Printed name

Title    **Chief Executive Officer**

**18. Signature of attorney**

X _____                Date 1/16/2024
Signature of attorney for debtor                         MM / DD / YYYY

**Michael Jay Berger**
Printed name

**Law Offices of Michael Jay Berger**
Firm name

**9454 Wilshire Boulevard, 6th floor**
**Beverly Hills, CA 90212**
Number, Street, City, State & ZIP Code

Contact phone  (310) 271-6223       Email address  michael.berger@bankruptcypower.com

**100291 CA**
Bar number and State

Official Form 201            Voluntary Petition for Non-Individuals Filing for Bankruptcy            page 5

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | FRINJ Coffee, Incorporated. |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Experess Blue Card c/o Becket and Lee P.O. Box 0001 Los Angeles, CA 90096 | | Business credit card | | | | $18,195.00 |
| Law Office of Nina Yablok PO Box 703 Nemo, TX 76070 | | Legal fees | | | | $15,349.50 |
| Michael Masino 7035 Gobernador Canyon Rd. Carpinteria, CA 93013 | | Loan | | | | $113,212.28 |
| Mindful Outdoor Retreats 1362 Farren Rd. Goleta, CA 93117 | | Loan #1 | | | | $117,740.87 |
| Mindful Outdoor Retreats 1362 Farren Rd. Goleta, CA 93117 | | Loan #3 | | | | $57,014.14 |
| Mindful Outdoor Retreats 1362 Farren Rd. Goleta, CA 93117 | | Loan #2 | | | | $8,574.84 |
| Nancy Pedneault 231 Greenbrook Dr. Danville, CA 94526 | | Promissory notes | | | | $127,488.58 |
| Paige Gesualdo 1155 Dulzura Dr. Santa Barbara, CA 93108 | | Shareholder action for breach of contract; negligent misrepresentation, fraud, failure to pay wages, etc. | Contingent Unliquidated Disputed | | | Unknown |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor    **FRINJ Coffee, Incorporated.**    Case number *(if known)* _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Porlamar Nursey<br>905 S. Patterson Ave.<br>Goleta, CA 93117 | | Vendor | | | | $726,000.00 |
| Ralph Gesualdo<br>2400 S.108 St.<br>Milwaukee, WI 53227 | | Complaint for breach of promissory note | Contingent<br>Unliquidated<br>Disputed | | | Unknown |
| Richard Masino<br>220 West Pine Ave<br>El Segundo, CA 90245 | | Loan | | | | $56,551.41 |
| Ron Caird<br>PO Box 60307<br>Santa Barbara, CA 93160 | | Business loan | | | | $386,250.00 |
| Ruskey Living Trust<br>c/o<br>Nicole and John A. Ruskey, Trustees<br>2240 Live Oak Drive West<br>Los Angeles, CA 90068 | | unpaid rent for 3 months | | | | $16,693.52 |
| West Lilic Farms II, LLC<br>7311 Santa Barbara Street<br>Carlsbad, CA 92011 | | 6-month delinquent rent | | | | $4,800.00 |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael Jay Berger<br>9454 Wilshire Boulevard, 6th floor<br>Beverly Hills, CA 90212<br>(310) 271-6223 Fax: (310) 271-9805<br>California State Bar Number: 100291 CA<br>michael.berger@bankruptcypower.com | |

☐ Debtor(s) appearing without an attorney

■ Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re:

FRINJ Coffee, Incorporated,

CASE NO.:
CHAPTER: 11

Debtor(s).

**VERIFICATION OF MASTER MAILING LIST OF CREDITORS**

[LBR 1007-1(a)]

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of  3  sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions

Date: 01/16/2024

Signature of Debtor 1

Date:

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: 1/16/2024        /s/Michael Jay Berger

Signature of Attorney for Debtor (if applicable)

The form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2015                                    F 1007-1.MAILING.LIST.VERIFICATION

FRINJ Coffee, Incorporated.
1362 Farren Road
Goleta, CA 93117

Michael Jay Berger
Law Offices of Michael Jay Berger
9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212

American Experess Blue Card
c/o Becket and Lee
P.O. Box 0001
Los Angeles, CA 90096

Andrew Mullins
40225 Parado Del Sol Dr.
Temecula, CA 92592

Gato Fuerte LLC
c/o Dr. Steven Hollstien, CEO
1390 North Fariview
Goleta, CA 93117

John A. Ruskey III
1362 Farren Road
Santa Barbara, CA 93110

Kari Shafer
925 North Hope Ave
Santa Barbara, CA 93110

Law Office of Nina Yablok
PO Box 703
Nemo, TX 76070

Michael Masino
7035 Gobernador Canyon Rd.
Carpinteria, CA 93013


Mindful Outdoor Retreats
1362 Farren Rd.
Goleta, CA 93117


Nancy Pedneault
231 Greenbrook Dr.
Danville, CA 94526


Paige Gesualdo
1155 Dulzura Dr.
Santa Barbara, CA 93108


Paige Gesualdo
c/o Jeffer Mangels Butler Mitchell
Attn: Andrew I. Shadoff, Esq.
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-4308


Porlamar Nursey
905 S. Patterson Ave.
Goleta, CA 93117


Ralph Gesualdo
2400 S.108 St.
Milwaukee, WI 53227


Ralph Gesualdo
c/o Jeffer Mangels Buttler Mitchell
Attn: Andrew I. Shadoff, Esq.
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-4308

Richard Masino
220 West Pine Ave
El Segundo, CA 90245


Ron Caird
PO Box 60307
Santa Barbara, CA 93160


Ruskey Living Trust c/o
Nicole and John A. Ruskey, Trustees
2240 Live Oak Drive West
Los Angeles, CA 90068


U.S. Small Business Administration
1545 Hawkins Blvd., Suite 202
El Paso, TX 79925


U.S. Small Business Administration
300 N. Los Angeles Street
Fed. Blvd., Rm 7516
Los Angeles, CA 90012


US Small Business Administration
312 North Spring St., 5th Fl
Los Angeles, CA 90012


West Lilic Farms II, LLC
7311 Santa Barbara Street
Carlsbad, CA 92011