JEFFER MANGELS BUTLER & MITCHELL LLP
THOMAS M. GEHER (Bar No. 130588)
*tgeher@jmbm.com*
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
Telephone:   (310) 203-8080
Facsimile:   (310) 203-0567

Attorneys for Paige Gesualdo

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>Frinj Coffee, Incorporated,<br><br>    Debtor. | Case No. 9:24-bk-10044-RC<br><br>Chapter 11<br>(Subchapter V)<br><br>**PROOF OF INTEREST** |

72042827v1

# PROOF OF INTEREST

Paige Gesualdo, by and through her counsel of record, hereby certifies that she is the holder of equity interests in Frinj Coffee, Incorporated, as of January 16, 2024 (and presently) in the amount and class indicated:

| | |
|---|---|
| Name of Holder: | Paige Gesualdo |
| Address of Holder: | 1155 Dulzura Drive |
| | Santa Barbara, California 93108 |
| Number of Shares Held: | 2,355,513 |
| Class of Equity Interest: | Common |

Any notices with respect to this Proof of Interest should be sent to:

Thomas M. Geher, Esq.

Jeffer Mangels Butler & Mitchell LLP

1900 Avenue of the Stars, 7th Floor

Los Angeles, California 90067

Telephone: (310) 203-8080

Email: tgeher @jmbm.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct:

Signed: _____
Name:   Thomas M. Geher, Attorney for Paige Gesualdo
Date:   March 20, 2024

72042827v1

2