| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| JEFFER MANGELS BUTLER & MITCHELL LLP<br>THOMAS M. GEHER (Bar No. 130588)<br>1900 Avenue of the Stars, 7th Floor<br>Los Angeles, California 90067-4308<br>Telephone:  (310) 203-8080<br>Facsimile:  (310) 203-0567<br>Email:  tgeher@jmbm.com<br><br>*Attorney for:* Creditor Ralph Gesualdo | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

| In re:<br>  FRINJ COFFEE, INCORPORATED<br><br>                                        Debtor(s). | CASE NO.:  9:24-bk-10044 RC<br>ADVERSARY NO.:<br>(*if applicable*)<br>CHAPTER: 11 |
|---|---|
| <br><br>                                        Plaintiff(s),<br>vs.<br><br><br><br>                                        Defendant(s). | **SUBSTITUTION OF ATTORNEY**<br><br>**[LBR 2091-1(b)]** |

1. The name(s) of the party(ies) making this Substitution of Attorney *(specify)*:
    Ralph Gesualdo

2. The name, address, telephone number, and email address of the new attorney are *(specify)*:
    Ralph Gesualdo, in pro per
    1418 N. Greenbay Rd., Lake Forest, IL  60045
    Telephone:  (847) 867-9300
    Email:  rmauro@iamilwaukee.com

3. New attorney hereby appears in the following matters:    ☒ the bankruptcy case    ☐ the adversary proceeding

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2014*                                                Page 1                                                **F 2091-1.SUBSTITUTION.ATTY**

4. The new attorney is substituted as attorney of record in place instead of the present attorney. *(Specify name of present attorney)*:
Thomas M. Geher of Jeffer Mangels Butler & Mitchell, LLP

Date: 10/10/2024

_[signature]_
Signature of party

Ralph Gesualdo
Printed name of party

_____
Signature of *second* party (if applicable)

_____
Printed name of *second* party (if applicable)

_____
Signature of *third* party (if applicable)

_____
Printed name of *third* party (if applicable)

_____
Signature of *fourth* party (if applicable)

_____
Printed name of *fourth* party (if applicable)

I consent to the above substitution.
Date: 10/10/2024

/s/ Thomas M. Geher
Signature of present attorney

Thomas M. Geher
Printed name of present attorney

I am duly admitted to practice in this district. The above substitution is accepted.
Date: 10/10/2024

_[signature]_
Signature of new attorney

Ralph Gesualdo
Printed name of new attorney

**IMPORTANT NOTICE**

Filing of this Substitution of Attorney form does not replace the need to be employed pursuant to the Bankruptcy Code. See LBR 2014-1 regarding the requirements and procedures for making an application to employ an attorney.

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

1900 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled: **SUBSTITUTION OF ATTORNEY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __10/14/2024__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

[X] Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

[ ] Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __10/14/2024__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

VIA OVERNIGHT MAIL:
Honorable Ronald A. Clifford III
United States Bankruptcy Court
1415 State Street, Suite 233
Santa Barbara, California 93101-2511

[ ] Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/14/2024 | Billie Terry | *Billie Terry* (signature) |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2014*                                    Page 3                                    F 2091-1.SUBSTITUTION.ATTY

**ADDITIONAL SERVICE INFORMATION;**

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- **William C Beall**   will@beallandburkhardt.com, carissa@beallandburkhardt.com
- **Michael Jay Berger**   michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- **Michael B Brown**   michael.brown@stoel.com, docketclerk@stoel.com;dawn.forgeur@stoel.com;john.kaplan@stoel.com
- **Brian David Fittipaldi**   brian.fittipaldi@usdoj.gov
- **Thomas M Geher**   tmg@jmbm.com, bt@jmbm.com;tmg@ecf.courtdrive.com
- **Angela Gill**   angela.gill@usdoj.gov, caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
- **Karen L Grant**   kgrant@silcom.com
- **Anne C Manalili**   anne.manalili@sba.gov
- **Andrew Ramos**   scif.legal.bk@scif.com
- **Mark M Sharf (TR)**   mark@sharflaw.com, C188@ecfcbis.com;sharf1000@gmail.com;2180473420@filings.docketbird.com
- **United States Trustee (ND)**   ustpregion16.nd.ecf@usdoj.gov
- **Larry D Webb**   Webblaw@gmail.com, larry@webblaw.onmicrosoft.com